UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-06696-SVW-SK | Date | April 25, 2023 |
|---|---|---|---|
| Title | CPA Mutual Insurance Company of America Risk Retention Group v. Kallman, Thompson, Logan LLP et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER re MOTION to Dismiss Case or Otherwise Stay the Action filed by Defendant [58]

   The Court, having considered the parties' arguments and papers, GRANTS Defendant's unopposed motion to stay the case pending the state court proceedings. The case is hereby stayed until the resolution of the state actions. All hearings and deadlines are accordingly vacated.

Initials of Preparer  PMC